IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00473 AWI JLT (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 18) |

Before the Court is Plaintiff's request to be granted time after his motion for reconsideration is decided to file an amended complaint. (Doc. 18) Plaintiff requests 45 days after the order is issued to file his amended complaint.

Good cause appearing, Plaintiff is **GRANTED 20 days** after the Court issues its ruling to either:

　a. Notify the Court in writing that he wishes to serve the complaint on Defendants Trimble, Williams, Brown, Reeves, Redding, Franco, Lee, Tucker and Dishman as outlined in the Court's Amended Order Dismissing First Amended Complaint (Doc. 14), as modified by the order on the motion to reconsider, if there are any modification; or

　b. File a second amended complaint curing the deficiencies identified by the Court in its order.

IT IS SO ORDERED.

Dated:　**March 1, 2011**　　　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE