IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HARBRIDGE,

Plaintiff,

vs.

JAMES A. YATES, et al.,

Defendants.

Case No. 1:10-cv-00473 AWI JLT (PC)

ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE THIS ACTION AND FOR FAILURE TO OBEY THE COURT'S ORDER

(Doc. 20)

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.

By order filed February 24, 2012, the Court granted Plaintiff 20 days either to file a second amended complaint curing the deficiencies identified by the Court in its February 24, 2012 and January 27, 2012 orders or to notify the Court that he wished to serve the First Amended Complaint on Defendants Trimble, Williams, Brown, Reeves, Redding, Franco, Lee, Tucker, and Dishman, as set forth in the Court's January 27, 2012 order. Plaintiff was warned that failure to comply with the Court's order would result in a recommendation that this action be dismissed. Nevertheless, the 20-day period has expired, and Plaintiff has failed to respond to the Court's order.

Accordingly, it is HEREBY ORDERED:

1. Within 14 days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's

Order, or;

2. Alternatively, Plaintiff shall either file a second amended complaint curing the deficiencies identified by the Court in its February 24, 2012 and January 27, 2012 orders or notify the Court that he wishes to serve only the Defendants named above as described by the Court in its January 27, 2012 order.

3. **Plaintiff is firmly cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **March 19, 2012**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE