IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>    Plaintiff,<br><br>   vs.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00473 AWI JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 21) |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On February 24, 2012, the Court directed Plaintiff to file a Second Amended Complaint curing the deficiencies identified by the Court in its February 24, 2012 and January 27, 2012 orders or notify the Court that he wishes to serve the First Amended Complaint on particular Defendants. When the 20-day period, provided by the Court, expired and Plaintiff failed to respond to the Court's order, the Court issued an order to show cause why this action should not be dismissed for his failure to prosecute. (Doc. 21.)

On March 21, 2012, Plaintiff's Second Amended Complaint was docketed though it was "filed" on March 19, 2012. (Doc. 22). Therefore, good cause appearing, the Court **ORDERS** that its March 20, 2012 order to show cause (Doc. 21) is discharged.

IT IS SO ORDERED.

Dated:  **March 21, 2012**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE