IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00473 AWI JLT (PC)<br>**ORDER VACATING DISMISSAL OF SECOND AMENDED COMPLAINT WITHOUT PREJUDICE**<br><br>(Docs. 25, 26). |

    Plaintiff is proceeding pro se and in forma pauperis with a civil action pursuant to 42 U.S.C. § 1983.  On April 3, 2012, the Court issued an order dismissing Plaintiff's Second Amended Complaint ("SAC") leave to amend for violation of Fed. R. Civ. P. 8.  (Doc. 25.)  On April 19, 2012, Plaintiff filed a Motion for Reconsideration explaining the various aspects of his SAC.  On its own motion, the Court hereby ORDERS:

    1.    The order issued April 3, 2011 (Doc. 25) is **VACATED**.  The Court will re-screen the Second Amended Complaint in due course;

///

///

///

2. Based thereon, the motion for reconsideration (Doc. 26) is **MOOT**.

IT IS SO ORDERED.

Dated:   **April 26, 2012**                              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE