**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER HARBRIDGE, | ) Case No.: 1:10-cv-00473 - AWI - JLT (PC) |
| Plaintiff, | ) |
| | ) ORDER DISCHARGING ORDER TO SHOW |
| v. | ) CAUSE DATED FEBRUARY 22, 2013 |
| JAMES YATES, et al., | ) |
| | ) (Doc. 31) |
| Defendants. | ) |
| | ) |

On February 22, 2013, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for his failure to comply with the Court's order, or in the alternative to complete and file the documents required for service. (Doc. 31). On March 1, 2013, Plaintiff submitted the service documents, in compliance with the Court's order.

Accordingly, **IT IS HEREBY ORDERED**: the Court's order to show cause dated February 22, 2013 (Doc. 31) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 7, 2013**                             **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

1