# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE, | Case No.  1:10-cv-00473-AWI-JLT (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL OR FOR ENLARGEMENT OF TIME |
| v. | |
| YATES, et al., | (Doc. 67) |
| Defendants. | |

Plaintiff, Christopher Harbridge, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on March 16, 2010 and is proceeding on the claims found cognizable in the Second Amended Complaint (Doc. 22).  On April 4, 2014, Plaintiff filed a motion to compel discovery responses.  (Doc. 67.)  Defendants filed an opposition to which Plaintiff replied.  (Docs. 69, 70.)  The motion is deemed submitted.  L.R. 230(l).

In his motion, Plaintiff states that he served the discovery in question on Defendants on March 9, 2014 -- which he believed was timely indicating if he had realized that they needed to be served 45 days before that date, he would have requested another extension of time.  (Doc. 67, ¶¶ 2, 6.)  Defendants respond that the discovery in question was not timely served; that Plaintiff has not shown that the discovery propounded is relevant to Plaintiff's claims in this action or that he will be substantially prejudiced if they do not respond; and that Plaintiff has neither sufficiently explained his delay in propounding discovery, nor the specific length of extension of time he is

requesting.  (Doc. 69, 1:22-2:2.)

The original discovery and scheduling order issued in this case on July 9, 2013 and set December 9, 2013 for "the completion of all discovery, including filing motions to compel" and January 9, 2014 as the dispositive motion filing deadline in this action.  (Doc. 43, at 2:15-16.) This order stated that **"discovery requests must be served at least forty-five (45) days before the discovery deadline."**  (*Id.* at 1:23-24, emphasis added.)  It also stated, "**[a] request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**."  (*Id.*, at 2:18-19 (emphasis in original).)

On October 28, 2013, Plaintiff filed a timely motion for a 90 day extension of all deadlines which Defendants did not oppose.  (Doc. 51, 52.)  Thus, on November 7, 2013, an order issued which was titled "Order Granting Plaintiff's Motion for Extension of Time and Modifying the Discovery and Scheduling Order."  (Doc. 53.)  This order rescheduled the deadline for discovery from December 9, 2013 to March 9, 2014 and the dispositive motion deadline from January 9, 2014 to April 9, 2014.  (*Id.*)

March 9, 2014 was the operative deadline for discovery in this case.  In order to be timely, Plaintiff must have served his discovery on Defendants at least 45 days earlier -- on or before January 23, 2014.  Thus, Plaintiff's service of his discovery requests, on Defendants on March 9, 2014, was untimely.  Plaintiff's motion to compel is also untimely since it was not served until April 1, 2014 and filed on April 4, 2014.  Further, to the extent that Plaintiff's motion seeks an extension of time to serve his discovery and compel responses, it is also untimely since such extension was not requested on or before the March 9, 2014 deadline.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to compel a discovery response, or in the alternative for enlargement of time, filed April 4, 2014 (Doc. 67) is DENIED.

IT IS SO ORDERED.

Dated:   **May 20, 2014**                    _____**/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE