# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>HICKMAN, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00473-AWI-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ORDER SERVICE<br><br>(Doc. 62) |

    Plaintiff, Christopher Harbridge, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on March 16, 2010. On March 21, 2014, Plaintiff filed a motion requesting the Court to issue an order directing the U.S. Marshal Service to produce proof of service on Defendants Williams, Collier, Munoz, Ferro, Dishman, and Benyamin. (Doc. 62.) Defendants have not filed an opposition. The motion is deemed submitted. L.R. 230(l).

    This action is proceeding on the following claims under the Eight Amendment in Plaintiff's Second Amended Complaint (Doc. 22): Claim 1, against Defendants Trimble, Williams, Brown and Reeves, Munoz and Singleton the Court for deliberate indifference related to the temperature of the cell only; Claim 9, against Defendants Reeves, Collier, and Brown; Claims 12, 13, and 14 against Defendants Redding and Franco for use of excessive force against and against Defendant McBride for failing to intervene on Plaintiff's behalf; Claim 16 against Defendants McBride and Herrera related to the denial of medical care; Claim 17, against Defendants Hall, McBride,

1 Herrera, Lee and Tucker for deliberate indifference to his medical condition; Claim 18, against
2 Defendant Dishman for deliberate indifference to an alleged serious medical condition; Claim 19
3 against Defendants Ferro, Benyamin, and Dishman for deliberate indifference to an alleged serious
4 medical condition; and Claim 21 for deliberate indifference to an alleged serious medical
5 condition against Defendant Benyamin.  (*See* Docs. 28, 30.)

6 Plaintiff's motion is moot as service was ordered on all of the above Defendants on March
7 5, 2013.  (Doc. 33.)  However, the extenuated circumstances and efforts attempting to serve the 17
8 defendants against whom Plaintiff is proceeding in this case may have caused confusion so as to
9 warrant the following explanation.

10 Service of summons was ordered on all of the Defendants in this action and efforts by the
11 U.S. Marshal Service began on March 5, 2013.  (Doc. 33.)  Executed waivers of service of
12 summons and/or answers have been filed as to Defendants J. L. Brown, Franco, Hall, Herrera,
13 Lee, McBride, Redding, D. Reeves, Singleton, R. H. Trimble, and Tucker.  (Docs. 35, 39, 42.)

14 Approximately a week prior to Plaintiff's filing of this motion, a statement noting the death
15 of Defendant Williams was filed. (Doc. 59.)  Subsequent to Plaintiff's filing of this motion,
16 executed waivers of service and an answer were filed by Defendants Collier and Munoz.  (Docs.
17 71, 72.)  Just a few days ago, unexecuted waivers of service were filed as to Defendants
18 Benyamin, Dishman, Ferro, and Williams.  (Docs. 74-77.)  Thus, service remains pending only as
19 to Defendants Benyamin, Dishman, Ferro, and Williams.

20 Service efforts by the U.S. Marshal's Service have come to a temporary standstill based on
21 available information for service on Defendants Benyamin, Dishman, Ferro, and Williams.
22 Plaintiff may submit additional information upon which the U.S. Marshal Service will extend their
23 efforts to serve Defendants Benyamin, Dishman, Ferro, and Williams.  Separate orders will issue
24 concurrently herewith requesting additional information from Plaintiff as different requirements
25 exist to continue service efforts on the three living defendants and the one who is deceased.
26 ///
27 ///
28 ///

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to order service on Defendants Williams, Collier, Munoz, Ferro, Dishman, and Benyamin, filed March 21, 2014 (Doc. 62), is DENIED as moot.

IT IS SO ORDERED.

Dated: **May 20, 2014**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE