# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>  Plaintiff,<br><br>  v.<br><br>HICKMAN, et al.,<br><br>  Defendants. | Case No. 1:10-cv-00473-AWI-JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO " PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS ON FERRO, DISHMAN, and BENYAMIN (Docs. 74, 75, 76)<br><br>30-DAY DEADLINE |

Plaintiff, Christopher Harbridge, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on March 16, 2010. On March 5, 2013, the Court directed the United States Marshal to serve Defendants Benyamin, Dishman, and Ferro. (Doc. 33.) On May 19, 2014, the Marshal returned the summonses unexecuted. (Docs. 74-77.) The Marshal reported that the facility had no record of any of these three Defendants and that CDCR's legal department had no information regarding them either. (*Id.*)

Thus, Plaintiff is being given an opportunity to provide all additional information that he believes might assist in identifying and/or locating these Defendants. The Second Amended Complaint indicates that Defendants Benyamin, Dishman, and Ferro were all involved in providing him medical care and/or treatment. Thus, if Plaintiff has any records reflecting the name(s) and/or signature(s) of Defendants Benyamin, Dishman, and/or Ferro he may submit them to assist service efforts. Plaintiff may also provide information such as the place, date, and time

1 that he saw any of these Defendants and all identifying attributes that he can recall about them
2 such as their gender, hair color, height, weight, and the like.
3     Accordingly, it is HEREBY ORDERED that within 30 days from the date of this order,
4 Plaintiff SHALL provide additional information as to where Defendants Benyamin, Dishman, and
5 Ferro may be located and/or to assist in their identification.  Plaintiff is advised that his failure to
6 comply with the Court's order will result in a recommendation that Defendants Benyamin,
7 Dishman, and Ferro be dismissed from this action pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated:   **May 20, 2014**                            **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE