# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>          Plaintiff,<br><br>     v.<br><br>HICKMAN, et al.,<br><br>          Defendants. | Case No.  1:10-cv-00473-AWI-JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO MAKE PROPER SUBSTITUTION FOR DEFENDANT W.R. WILLIAMS AND PROVIDE ADDRESS FOR SERVICE<br><br>(Docs. 59, 77)<br><br>30-DAY DEADLINE |

Plaintiff, Christopher Harbridge, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on March 16, 2010.

Service of summons was ordered on all of the Defendants in this action and efforts by the U.S. Marshal Service began on March 5, 2013.  (Doc. 33.)  Executed waivers of service of summons were received from and/or answers were filed by Defendants J. L. Brown, Franco, Hall, Herrera, Lee, McBride, Redding, D. Reeves, Singleton, R. H. Trimble, and Tucker.  (Docs. 35, 39, 42.)

Defendants filed a statement noting the death of Defendant William on March 13, 2014.  (Doc. 59.)  An unexecuted waiver of service as to Defendant Williams was filed on May 19, 2014.  (Docs. 59, 77.)

Service was not executed on Defendant Williams because he is deceased.  Plaintiff may seek to substitute the proper party for Defendant Williams.  However, it is Plaintiff's responsibility

1  to identify the party, make the substitution, and provide sufficient information for the Marshal to
2  locate the party for service.  Neither the Court nor the Marshal may conduct an investigation on
3  Plaintiff's behalf to determine this information.
4       Plaintiff is given the opportunity to substitute the proper party in light of Defendant
5  William's death and provide that party's address for service.  If Plaintiff fails to make the proper
6  substitution and provide a current address within the time provided herein, Defendant Williams
7  will be dismissed from this action.
8       Accordingly, it is HEREBY ORDERED that within 30 days from the date of this order,
9  Plaintiff SHALL make the substitution and provide service information for the marshal to locate
10 the party for service of Plaintiff's complaint as to his claims against Defendant Williams.  Plaintiff
11 is advised that his failure to comply with the Court's order will result in a recommendation that
12 Defendant Williams be dismissed from this action pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated:   **May 20, 2014**                             **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE