# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YATES, et al.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-00473-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING DEFENDANTS FERRO, BENYAMIN, AND DISHMAN PURSUANT TO RULE 4(M)**<br><br>**(Docs. 80, 90, 93, 94, 99)** |

　　　　Plaintiff, Christopher Harbridge, is a state prisoner proceeding *pro se* and *in forma pauperis* in this in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This action is proceeding under Plaintiff's Second Amended Complaint on a number of claims against multiple Defendants.  On April 22, 2015, the Magistrate Judge issued a Findings and Recommendation to dismiss Defendants Ferro, Benyamin, and Dishman pursuant to Federal Rule of Civil Procedure 4(m).  (Doc. 99.)  The Findings and Recommendation was served that same date and allowed for filing of objections within thirty days.  (*Id.*)  Plaintiff did not file any objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

     Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, issued on April 22, 2015 (Doc. 99), is adopted in full and Defendants Ferro, Benyamin, and Dishman are dismissed from this action without prejudice under Federal Rule of Civil Procedure Rule 4(m) as they have not been served with summonses in this action.

IT IS SO ORDERED.

Dated:   July 9, 2015                                                
                                                         SENIOR DISTRICT JUDGE