# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>  Plaintiffs,<br><br>  v.<br><br>YATES, et al.,<br><br>  Defendants. | 1:10-cv-00473-DAD-JLT (PC)<br><br>ORDER REQUIRING PARTIES TO FILE A STATEMENT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>15-DAY DEADLINE |

Defendants' motion for summary judgment was granted in part and denied in part. (Docs. 122, 128.) Plaintiff is proceeding on Claim 17 against Defendants Hall and Lee. (*Id.*)

Accordingly, the Court ORDERS, that within **fifteen days** of the date of service of this order, the parties shall file statements indicating whether they believe, in good faith, that settlement is a possibility in this case and whether they are interested in having a settlement conference scheduled.

IT IS SO ORDERED.

  Dated:  **July 30, 2016**              /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE

1