# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>            Plaintiff,<br><br>      v.<br><br>YATES, et al.,<br><br>            Defendants. | Case No. 1:10-cv-000473-DAD-JLT (PC)<br><br>ORDER THAT INMATE CHRISTOPHER HARBRIDGE IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on December 5, 2016, inmate Christopher Harbridge CDCR Inmate No. K-61356, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 5, 2016**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1