UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>YATES, et al,<br>　　　　　　　Defendants. | 1:10-cv-00473-DAD-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CHRISTOPHER HARBRIDGE, CDC # K-61356, PLAINTIFF**<br><br>DATE: May 2, 2017<br>TIME:  1:00 p.m. |

　　　Christopher Harbridge, CDCR # K-61356, the plaintiff in proceedings in this case on May 2, 2017, is confined at Pleasant Valley State Prison, Coalinga (PVSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Dale A. Drozd, in Courtroom #5, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on May 2, 2017, at 1:00 p.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of Pleasant Valley State Prison, Coalinga (PVSP)**

　　　**WE COMMAND** you to produce the inmate named above, along with his legal property required for the trial, volume not to exceed two paper boxes, to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated:　**March 30, 2017**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE