UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HALL, LEE, and TUCKER,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-00473-DAD-JLT (PC)<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MAY 3, 2017, AT 8:30 A.M.** |

　　　Plaintiff Christopher Harbridge # K-61356, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, May 3, 2017, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

　Dated: __**May 2, 2017**__　　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1