UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>HALL, LEE and TUCKER,<br><br>Defendants. | Case No.: 1:10-cv-00473-DAD-JLT (PC)<br><br>**ORDER PLAINTIFF NO LONGER REQUIRED FOR TRIAL** |

Jury trial as to Christopher Harbridge # K-61356, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated: **May 4, 2017**

UNITED STATES DISTRICT JUDGE

1