UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:10-cv-00473-DAD-JLT

**CASE NAME:** Christopher Harbridge vs. Hall, Lee, and Tucker

Pursuant to Local Rule 138(f), and as the plaintiff is in custody, the Court orders that all exhibits used, referenced and/or admitted at trial be returned to defense counsel. Defense counsel shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

Defense counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: __May 4, 2017__

*Dale A. Drozd*
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** May 4, 2017

**Pltf (Pro Se):** Christopher Harbridge

**Pltf Signature:** *Christopher Harbridge*

**DATE EXHIBITS RETURNED:** May 4, 2017

**Deft Attorney:** Diana Esquivel

**Deft Attorney Signature:** *[signature]*

This document certifies that the above referenced exhibits were returned.

Date: __May 4, 2017__

*[signature]*
JAMI THORP
Courtroom Clerk