UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>HALL, LEE, and TUCKER,<br><br>Defendants. | Case No. 1:10-cv-00473-DAD-JLT (PC)<br><br><br><br>JUDGMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of Defendants Hall, Lee, and Tucker, and against Plaintiff Christopher Harbridge on all of plaintiff's claims, according to the special verdict of the trial by jury returned in open Court May 4, 2017.

DATED: May 5, 2017                                       MARIANNE MATHERLY, Clerk

/s/ RENEE GAUMNITZ
By: Renee Gaumnitz,
Deputy Clerk

1